IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIS BROWN,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.
                                  /

No. C 11-03883 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On September 2, 2011, this action was reassigned to the undersigned judge. On October 27, defendant Wells Fargo Bank, N.A., renoticed its motion to dismiss and accompanying request for judicial notice. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due November 10. None was filed. Accordingly, *pro se* plaintiff Ellis Brown is hereby **ORDERED TO SHOW CAUSE** why his claims against defendant Wells Fargo Bank, N.A. should not be dismissed for failure to oppose the motion. Plaintiff Brown must file a written response to this order by **DECEMBER 8, 2011**. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for December 1, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: November 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE