1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIS BROWN, TRUSTEE,

       Plaintiff,

  v.

WELLS FARGO BANK N.A.,

       Defendant.

_____/

No. C 11-03883 WHA

**ORDER TO SHOW CAUSE AND ORDER SETTING CASE MANAGEMENT CONFERENCE**

     A case management conference was held on November 17 at 3:00 p.m. and plaintiff did not appear. Because defendant Wells Fargo Bank removed this case from state court to federal court, the Court is giving plaintiff another chance to prosecute this case in this court. Therefore, the Court SETS another case management conference for DECEMBER 8, 2011, AT 2:00 P.M. in Courtroom No. 8 on the nineteenth floor of the federal courthouse and plaintiff is ORDERED TO APPEAR AND TO SHOW CAUSE why his case should not be dismissed for lack of prosecution.

     **IT IS SO ORDERED.**

Dated:  November 18, 2011.

                             _____
                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE