**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ELLIS BROWN, TRUSTEE,

11              Plaintiff,                                No. C 11-03883 WHA

12        v.
                                                         **ORDER TO SHOW CAUSE AND**
13    WELLS FARGO BANK N.A.,                             **ORDER SETTING CASE**
                                                         **MANAGEMENT CONFERENCE**
14              Defendant.
                                          /
15

16        A case management conference was held on November 17 at 3:00 p.m. and plaintiff did

17    not appear.  Because defendant Wells Fargo Bank removed this case from state court to federal

18    court, the Court is giving plaintiff another chance to prosecute this case in this court.

19    Therefore, the Court **SETS** another case management conference for **DECEMBER 8, 2011, AT**

20    **2:00 P.M.** in Courtroom No. 8 on the nineteenth floor of the federal courthouse and plaintiff is

21    **ORDERED TO APPEAR AND TO SHOW CAUSE** why his case should not be dismissed for lack of

22    prosecution.

23
          **IT IS SO ORDERED.**
24

25    Dated:  November 18, 2011.

26                                                       WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE
27

28