IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____/ | No. C 11-03883 WHA<br><br><br><br>**ORDER TO SHOW CAUSE** |

     Plaintiff Ellis Brown was ordered to show cause by December 8, 2011, why his claims against defendant Wells Fargo Bank, N.A., should not be dismissed for his failure to oppose the motion to dismiss filed by defendant (Dkt. No. 17). Plaintiff did not respond to the order to show cause and did not appear at the case management conference held on December 8. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why his claims against defendant should not be dismissed for failure to oppose the motion. Plaintiff must file a written response to this order by **NOON ON DECEMBER 19, 2011.** If no response is filed, defendant's motion to dismiss will be granted.

    **IT IS SO ORDERED.**

Dated: December 9, 2011.

                                                    WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE