1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIS BROWN,

        Plaintiff,

  v.

WELLS FARGO BANK NA,

        Defendant.

_____/

No. C 11-03883 WHA

**ORDER FINDING GOOD CAUSE
SHOWN AND SETTING BRIEFING
AND HEARING SCHEDULE**

On December 9, 2011, *pro se* plaintiff Ellis Brown was ordered to show cause why his claims against defendant Wells Fargo Bank, N.A., should not be dismissed for his failure to oppose defendant's motion to dismiss. Plaintiff has responded by way of submitting a "motion to show cause" (Dkt. No. 23). Good cause having been shown, plaintiff shall file an opposition to the motion to dismiss by **JANUARY 9, 2012**. Defendant's reply brief is due **JANUARY 17**. The motion will be heard at **8 A.M. ON JANUARY 26**.

In plaintiff's response to the order to show cause, he "request[s] a Motion to Show Cause to require Wells Fargo Bank" to answer specific questions, which plaintiff sets forth in his submission, to "restrain [Wells Fargo] from taking any further action that is designed to intimidate or embarrass plaintiff," and to require Wells Fargo to pay plaintiff $1,000,000 in damages to plaintiff (Dkt. No. 23 at 5). These requests are not made on a properly noticed

motion.  To the extent that plaintiff requests this Court to order defendant to show cause and grant the above-described relief, the request is **DENIED**.

   **IT IS SO ORDERED.**

Dated:  December 19, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California